**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 07a0208n.06
Filed: March 21, 2007

**No. 06-3770**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| NANCY FIGUEROA, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| UNITED STATES POSTAL SERVICE, | ) | NORTHERN DISTRICT OF OHIO |
| | ) | |
| Defendant-Appellee. | ) | |

Before: COOK and McKEAGUE, Circuit Judges; and EDGAR, District Judge.[*]

PER CURIAM. Nancy Figueroa appeals the district court's judgment against her on her claims of discrimination, retaliation, and violations of the Family Medical Leave Act, the Federal Employee Compensation Act, and the Federal Tort Claims Act. Having reviewed the record, the applicable law, and the parties' briefs, we determine that no jurisprudential purpose would be served by a panel opinion and affirm the district court's decision for the reasons stated in that court's opinion.

---

[*]The Honorable Robert Allan Edgar, United States District Judge for the Eastern District of Tennessee, sitting by designation.